# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the *Appearance & Circuit Rule 26.1 Disclosure Statement* for Jamie A. Maddox has been served upon the following counsel of record this 30th day of August, 2022, via ECF Service:

> Erin Dougherty Foley
> SEYFARTH SHAW
> 233 South Wacker Drive
> Suite 8000
> Chicago, IL 60606-6448

>                                             *s/ Jamie A. Maddox*
>                                             Jamie A. Maddox

BETZ + BLEVINS
One Indiana Square, Suite 1660
Indianapolis, Indiana 46204
Office: (317) 687-2222
Fax: (317) 687-2221
E-mail: litigation@betzadvocates.com